The People of the State of Illinois, Plaintiff-Appellee, *v.* Donald Worlow, Defendant-Appellant.

(No. 12221;

Fourth District—November 6, 1974.

*Opinion modified upon denial of petition for rehearing March 6, 1975.*

Opinion by Mr. JUSTICE CRAVEN.

John F. McNichols and J. Daniel Stewart, both of State Appellate Defender's Office, of Springfield, for appellant.

C. Joseph Cavanagh, State's Attorney, of Springfield (Michael Prall, of Circuit Attorneys Project, of counsel), for the People.